UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 28 2011
Clerk, U.S. District and
Bankruptcy Courts

SHARON V. GALLOWAY,

    Plaintiff,

v.                                   Civil Action No. 11 2115

J. EDWARD MARTIN, *et al.*,

    Defendants.

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* on a *pro se* complaint. The Court will grant the application, and will dismiss this action.

Plaintiff brings this action against counsel representing various corporate defendants in a lawsuit she filed in the Circuit Court for Baltimore County and appealed to the Maryland Court of Special Appeals. Generally, plaintiff alleges that counsel violated Maryland court rules, Maryland Rules of Professional Conduct, and provisions of the Maryland law.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). Notwithstanding plaintiff's allegations of violations of her civil rights and federal criminal statutes, plaintiff does not establish, and the Court does not identify, a basis for jurisdiction. The Court will dismiss this action for lack of subject matter jurisdiction. An Order is issued separately.

DATE: 11/8/204

/s/ *[signature]*
United States District Judge

N                                                                              3